DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd Ste 312
Rocklin, CA 95765
Telephone:  (916) 447-8600
Facsimile:  (916) 930-6482
E-mail:  david.fischer@fischerlawoffice.com

Attorney for Defendant
KENNETH CASPERS, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>KENNETH CASPERS, JR.,<br><br>                              Defendant. | CASE NO.  2:23-cr-00015-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE:  October 31, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

This case is set for a status conference on October 31, 2023.  By this stipulation, the parties request a continuance of the status conference to January 23, 2024, and to exclude time under Local Code T4, for the reasons set forth below.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on October 31, 2023.

2.      By this stipulation, defendants now move to continue the status conference until **January 23, 2024, at 09:00 a.m.**, and to exclude time between October 31, 2023, and January 23, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)     The government has produced hundreds of pages of discovery, including numerous photographs, audio files, and audio/video discovery, as well as police reports and criminal history documents.

b)     Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigations and research related to the charges, review discovery, consider whether to request additional discovery, prepare pretrial motions, and otherwise prepare for trial.  Moreover, counsel for defendant indicates that defendant has undergone medical procedures that have impacted his ability to travel.

c)     Counsel for defendant needs additional time to review the discovery in this case, to conduct independent factual investigation, to research trial and sentencing issues, to consult with his client, and to otherwise prepare for trial.

d)     Counsel for the defendant has also been preparing for trial in other cases.  A continuance is needed for continuity of counsel.

e)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)     The government does not object to the continuance.

g)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of  October 31, 2023, to January 23, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4        IT IS SO STIPULATED.

5

6

7    Dated:  October 25, 2023                          PHILLIP A. TALBERT
                                                       United States Attorney

8

9                                                      /s/ AARON PENNEKAMP
                                                       AARON PENNEKAMP
10                                                     Assistant United States Attorney

11

12

13   Dated:  October 25, 2023                          /s/ DAVID D. FISCHER
                                                       DAVID D. FISCHER
14                                                     Counsel for Defendant
                                                       KENNETH CASPERS, JR.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 25, 2023                    /s/ John A. Mendez
_____
                                           THE HONORABLE JOHN A. MENDEZ
                                           SENIOR UNITED STATES DISTRICT JUDGE