PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
ALSTYN BENNETT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>KENNETH CASPERS,<br><br>                              Defendant. | CASE NO.  2:23-cr-00015-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: January 23, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 23, 2024.

2.      By this stipulation, defendant now moves to continue the status conference until **April 23, 2024, at 09:00 a.m.**, and to exclude time between January 23, 2024, and April 23, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has produced hundreds of pages of discovery, including investigative reports and related documents, photographs, audio/video files, and criminal history documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

///

b)     Counsel for defendant desires additional time to consult with his client, to discuss potential resolutions with his client, and to otherwise prepare for trial.  Moreover, counsel for defendant has indicated that his client has undergone multiple medical procedures and will continue to undergo further medical procedures in the coming months.

c)     Additionally, counsel for defendant is currently in trial and expects the trial to conclude the week of January 22, 2024.  Counsel for defendant is further scheduled for a 6-week trial beginning March 6, 2024 in El Dorado Superior Court.

d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)     The government does not object to the continuance.

f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 23, 2024 to April 23, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

/ / /

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 17, 2024                              PHILLIP A. TALBERT
                                                     United States Attorney


                                                     /s/ ALSTYN BENNETT
                                                     ALSTYN BENNETT
                                                     ADRIAN T. KINSELLA
                                                     Assistant United States Attorneys


Dated:  January 17, 2024                              /s/ DAVID FISCHER
                                                     DAVID FISCHER
                                                     Counsel for Defendant
                                                     KENNETH CASPERS


**ORDER**

IT IS SO FOUND AND ORDERED.


Dated: January 17, 2024                  /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE