PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
JASON HITT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH CASPERS, JR.,<br><br>Defendant. | CASE NO. 2:23-cr-00015-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: July 23, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 23, 2024. ECF No. 41.

2. By this stipulation, defendant now moves to continue the status conference until **July 30, 2024, at 09:00 a.m.**, and to exclude time between July 23, 2024, and July 30, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced hundreds of pages of discovery, including investigative reports and related documents, photographs, audio/video files, and criminal history documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

     b)     Counsel for defendant desires additional time to consult with his client, to discuss potential resolutions with his client, and to otherwise prepare for trial.

     c)     Additionally, counsel for defendant has expressed that he has just finished a six-week trial in an unrelated case, further hampering his time to work on the instant case.

     d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     e)     The government does not object to the continuance.

     f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 23, 2024 to July 30, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 25, 2024                                  PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ ADRIAN T. KINSELLA
                                                       JASON HITT
                                                       ADRIAN T. KINSELLA
                                                       Assistant United States Attorneys

Dated:  June 25, 2024                                  /s/ DAVID FISCHER
                                                       DAVID FISCHER
                                                       Counsel for Defendant
                                                       KENNETH CASPERS

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: June 25, 2024                                   /s/ John A. Mendez
                                                       THE HONORABLE JOHN A. MENDEZ
                                                       SENIOR UNITED STATES DISTRICT JUDGE