PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
JASON HITT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH CASPERS, JR.,<br><br>Defendant. | CASE NO. 2:23-cr-00015-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: July 30, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 30, 2024. ECF No. 41.

2. By this stipulation, defendant now moves to continue the status conference until **September 10, 2024, at 09:00 a.m.**, and to exclude time between July 30, 2024, and September 10, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced hundreds of pages of discovery, including investigative reports and related documents, photographs, audio/video files, and criminal history documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to consult with his client, to discuss potential resolutions with his client, and to otherwise prepare for trial.

c) Additionally, counsel for the defendant has requested to view physical evidence in this case. A short continuance will allow for the parties to set up the evidence review.

d) The parties expect to either resolve this case on August 20, 2024, or set it for trial.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 30, 2024 to September 10, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 23, 2024					PHILLIP A. TALBERT
							United States Attorney


							/s/ ADRIAN T. KINSELLA
							JASON HITT
							ADRIAN T. KINSELLA
							Assistant United States Attorneys



Dated:  June 23, 2024					/s/ DAVID FISCHER
							DAVID FISCHER
							Counsel for Defendant
							KENNETH CASPERS


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 23, 2024			/s/ John A. Mendez
						THE HONORABLE JOHN A. MENDEZ
						SENIOR UNITED STATES DISTRICT JUDGE