```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  ALSTYN BENNETT
    JASON HITT
 3  ADRIAN T. KINSELLA
    Assistant United States Attorneys
 4  501 I Street, Suite 10-100
    Sacramento, CA 95814
 5  Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
 6
 7  Attorneys for Plaintiff
    United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00015-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| KENNETH CASPERS, JR., | DATE: October 8, 2024 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 8, 2024. ECF No. 48.

2. By this stipulation, defendant now moves to continue the status conference until **October 22, 2024, at 09:00 a.m.**, and to exclude time between October 8, 2024, and October 22, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced hundreds of pages of discovery, including investigative reports and related documents, photographs, audio/video files, and criminal history documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  Counsel for defendant desires additional time to consult with his client, to discuss potential resolutions with his client, and to otherwise prepare for trial.

    c)  The parties expect to either resolve this case on October 22, 2024, or set it for trial. Counsel for the defendant has informed the government that he is representing a victim in a criminal case set for trial in Madera County that is set to begin on October 8, 2024. The trial was unexpectedly delayed, including because one of the jurors was ill.

    d)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)  The government does not object to the continuance.

    f)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 8, 2024 to October 22, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 4, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ADRIAN T. KINSELLA
ALSTYN BENNETT
JASON HITT
ADRIAN T. KINSELLA
Assistant United States Attorneys

Dated: October 4, 2024

/s/ DAVID FISCHER
DAVID FISCHER
Counsel for Defendant
KENNETH CASPERS

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 07, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE