1   DAVID D. FISCHER, SBN 224900
    LAW OFFICES OF DAVID D. FISCHER, APC
2   5701 Lonetree Blvd Ste 312
3   Rocklin, CA 95765
    Phone: (916) 447-8600
4   Fax: (916) 930-6482
5   E-Mail: david.fischer@fischerlawoffice.com

6   Attorney for Defendant
7   KENNETH CASPERS, JR.

8

9               UNITED STATES OF DISTRICT COURT FOR THE

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,

13                  Plaintiff,                  Case No.: 2:23-cr-0015 JAM

14          v.                                  **STIPULATION AND ORDER TO
                                                REMOVE THE THIRD-PARTY
15                                              CUSTODIAN SPECIAL CONDITION
16  KENNETH CASPERS, JR.,                       OF RELEASE**

17                  Defendant.

18

19

20          IT IS HEREBY STIPULATED by and between Assistant United States Attorney

21  ADRIAN KINSELLA, counsel for plaintiff, and DAVID D. FISCHER, counsel for

22  KENNETH CASPERS, JR., that the appearance bond be modified such that Special

23  Condition of Release number 2 that reads "You are released to the third-party custody of

24  Debbie Ann Caspers" be removed. This request is being made after consultation with and

25  with the consent of Pretrial Services.

26          Mr. Caspers was placed on conditions of release on January 13, 2023, after

27  appearing as a result of a Notice to Appear. According to the Pretrial Services Agency,

28  the defendant has had no issues while on release. The basis for this request is that the

- 1 -

1   defendant's pretrial services officer and Pretrial Services feel that this condition is no

2   longer necessary and have requested that the parties ask the Court to remove it.

3                                            Respectfully submitted,

4

5   Dated:   December 30, 2024              /s/ David D. Fischer

6                                           DAVID D. FISCHER
                                            Attorney for Defendant
7                                           KENNETH CASPERS, JR.

8

9   Dated:   December 30, 2024              /s/ Adrian Kinsella

10                                          ADRIAN KINSELLA
                                            Assistant United States Attorney
11                                          Counsel for Plaintiff

12

13      **IT IS SO ORDERED**

14

15
    Dated:  December 30, 2024
16
                                            _____
17                                          CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28